Case Name:   ROBERT H. JESKE
Case No:     05-76811

# **CERTIFICATION OF REVIEW**

    The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: 12/6/07                    WILLIAM T. NEARY
                                  United States Trustee, Region 11


                          BY:   __/s/_____
                                  Carole J. Ryczek
                                  Attorney for the U.S. Trustee