## UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| IN RE:<br>JESKE, ROBERT H. | CHAPTER 7 -- Liquidation<br><br>CASE NO. 05-76811 MB |
| Social Security/Employer Tax ID Number:<br>xxx-xx-2806  13-7550561<br>Debtor(s) | HONORABLE MANUEL BARBOSA |

### NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)

TO ALL CREDITORS:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held by the undersigned judge at the U.S. BANKRUPTCY COURT, 211 South Court, Rockford, IL 61101, on **JANUARY 18, 2008 AT 1:00 P.M.**

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES NOW REQUESTED |
|---|---|---|---|
| Yalden, Olsen & Willette<br>Attorney/Trustee | 0.00 | 4,854.50 | |
| JOSEPH D. OLSEN<br>Trustee | 0.00 | 7,829.56 | |

| JOSEPH D. OLSEN | 0.00 | 48.97 |
|---|---|---|
| Trustee | | |

4. The Trustee's Final Report shows total:

    a. Receipts      $ 91,591.20

    b. Disbursements      $ 847.49

    c. Net Cash Available for Distribution      $ 90,743.71

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens and priority claims which must be paid in advance of general unsecured creditors have been allowed in the amount of $0.00, which leaves a total amount of $78,010.68, to be distributed to general unsecured creditors whose claims have been allowed in the total amount of $53,634.41.

6. The debtor has been discharged.

7. The Trustee proposed to abandon the following property at the hearing:

12/6/07                        s/s Joseph D. Olsen
DATE

BAE SYSTEMS
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

6811    Doc 68    Filed 12/11/07    Entered 12/14/07 00:44:56    Desc Imaged
              Certificate of Service    Page 3 of 3

# CERTIFICATE OF SERVICE

```
District/off: 0752-3          User: jclarke              Page 1 of 1             Date Rcvd: Dec 11, 2007
Case: 05-76811                Form ID: pdf002            Total Served: 19

The following entities were served by first class mail on Dec 13, 2007.
db           +Robert H. Jeske,    P.O. Box 68,    Rockton, IL 61072-0068
aty          +Craig A Willette,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
aty          +Jason H Rock,    Barrick Switzer Law Office,    6833 Stalter Drive,    First Floor,
               Rockford, IL 61108-2579
aty          +Joseph D. Olsen,,    Yalden, Olsen & Willette,    1318 East State Street,    Rockford, IL 61104-2228
aty          +Tyler A Moore,    6833 Stalter Drive,    First Floor,    Rockford, IL 61108-2579
tr           +Joseph D Olsen,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
11428518     +Alex Abate,    Abate & Smith,    6072 Brynwood Dr Suite 201,    Rockford IL 61114-5829
10222374      Amcore Bank N.A.,    501 Seventh Street,    P.O. Box 1537,    Rockford, IL 61110-0037
10222373     +Amcore Bank N.A.,    501 Seventh Street,    Rockford, IL 61104-1299
10222375      Chrysler Financial,    P.O. Box 2993,    Milwaukee, WI 53201-2993
10222376     +Citi Advantage World Mastercard,    Box 6000,    The Lakes, NV 89163-0001
10816325      Citibank/ CHOICE,    Exception Payment Processing,    P.O. Box 6305,    The Lakes, NV 88901-6305
10437029     +DaimlerChrysler Services North America LLC,    c/o Riezman Berger PCf,    7700 Bonhomme 7th Floor,
               St Louis MO 63105-1960
10222377     +Diana L. Jeske,    605 Valley Forge Trail,    Rockton, IL 61072-3032
10222378      Direct Loans,    P.O. Box 5609,    Greenville, TX 75403-5609
10222380     +First American Credit Union,    1982 Cranston Road,    Beloit, WI 53511-3137
10222379     +First American Credit Union,    P.O. Box 878,    Beloit, WI 53512-0878
10884124     +MBNA America BANK N.A.,    Mailstop DE5-014-02-03,    PO BOX 15168,    WILMINGTON, DE 19850-5168
10222381     +Visa,    Bankcard Services,    P.O. Box 15289,    Wilmington, DE 19850-5289

The following entities were served by electronic transmission.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 13, 2007**                    **Signature:** _Joseph Speetjens_