# YALDEN, OLSEN & WILLETTE
### 1318 EAST STATE STREET
### ROCKFORD, ILLINOIS 61104-2228

RAPHAEL E. YALDEN (1907-1986)  
RAPHAEL E. YALDEN II  
JOSEPH D. OLSEN  
CRAIG A. WILLETTE

TELEPHONE  
(815) 965 - 8635  
FACSIMILE  
(815) 965 - 4573

April 1, 2008

Attorney Jason Rock  
6833 Stalter Drive, 1st Floor  
Rockford, IL 61108

    Re:    Robert H. Jeske  
           Bankruptcy Case #05-76811

Dear Jason:

    Enclosed please find a United States Treasury draft in the amount of $5,265.46 made payable to "Joseph D. Olsen" (it should have been as Trustee) as a refund for overpayment on the Debtor's student loan obligations. I have endorsed that draft "pay to Robert H. Jeske". Should you have any other further questions please feel free to call.

    Thank you for your attention.

                                  Very truly yours,

                                  Joseph D. Olsen  
                                  For  
                        YALDEN, OLSEN & WILLETTE

JDO/gks

Exhibit "C"

UNITED STATES TREASURY

Check No. 2049 38853906

03 10 08   89   PHILADELPHIA, PA

2049 38853906 91020006 M2   USDE-MSC   ME80170000

Pay to the order of JOSEPH D OLSEN
1318 EAST STATE ST
ROBERT H JESKE CASE#05-76811 MB
ROCKFORD, IL 61104

$***5265*46

VOID AFTER ONE YEAR

PER ENCLOSED MAILING NOTICE

| AGENCY NAME AND BILLING ADDRESS: | DLS OU FB6 400 MARYLAND AVENUE, SW WASHINGTON, DC 20202-1510 | U.S. TREASURY REG. FINANCIAL CENTER: PHILADELPHIA, PA | | |
|---|---|---|---|---|
| | | CHECK NUMBER | CHECK AMOUNT | CHECK DATE |
| | | 2049-38853906 | $***5265.46 | 03-10-08 |

ROME8017S001659   FED DIRECT LOAN REFUND
JOSEPH D OLSEN

AGENCY SCHEDULE NUMBER
ME80170000

AGENCY TELEPHONE NUMBER
800-848-0979

PLEASE DIRECT ANY INQUIRIES CONCERNING THIS PAYMENT TO THE AGENCY AT THE ADDRESS (OR PHONE NUMBER) INDICATED ABOVE



PAY TO ROBERT H. JESKE
[signature]