IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| ROBERT H. JESKE, | ) | CASE NO. 05-76811 |
| | ) | |
| Debtor. | ) | JUDGE MANUEL BARBOSA |

**SECOND AMENDED**

**TRUSTEE'S FINAL ACCOUNT, CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION FOR DISCHARGE OF THE TRUSTEE**

TO: THE HONORABLE Manuel Barbosa,
    Bankruptcy Judge

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report.

All checks have been cashed. Evidence of canceled checks were previously attached as Group Exhibit "A" and the final bank statement was attached as Exhibit "B" reflecting a balance of zero for this estate, on the Trustee's Amended Final Account.

Subsequent to the clearance of all checks through normal banking channels as afore-described, the Trustee received a check from the United States Treasury in the amount of $5,265.46 as and for a federal direct loan refund (student loan) dated 8/21/08. The Trustee has satisfied himself with a reasonable degree of certainty that this refund was due to the payment by the Debtor, post-petition, from his wages the current monthly installments as they became due on his student loan obligation. In the Trustee's Final Report he paid to that student loan organization the amount on their proof of claim, plus interest. A copy of the afore-described United States Treasury draft, front and back, is attached hereto as "Exhibit C". The Trustee has remitted those funds directly to the Debtor.

The Trustee certifies that the estate has been fully administered, requests that he be discharged, and the case closed pursuant to 11 U.S.C. §350.

Dated: _____12/22/08_____

JOSEPH D. OLSEN, Trustee

## CERTIFICATION OF REVIEW

The United States Trustee has reviewed the final Account, Certification that the Estate has been Fully Administered and Application for Discharge of the trustee is accordance with the standards set forth in the Memorandum of Understanding dated April 1, 1999 and has no objection to the trustee's certification that the estate has been fully administered and is ready to close.

Dated this 5th day of January, 2009.

WILLIAM T. NEARY, United States Trustee

By: *Christine K. Miller*

Christine K. Miller
Paralegal Specialist